## STATE of Missouri, Respondent,

v.

## Lucio CRUZ–RIVERA, Appellant.

### No. WD53692.

Missouri Court of Appeals,
Western District.

March 31, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ann R. Littell, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

1.  Entered pursuant to Rule 84.16(b).

 

**ORDER**

PER CURIAM.

Lucio Cruz–Rivera appeals the circuit court's judgment convicting him of second-degree murder and armed criminal action. We affirm. Rule 30.25(b).